# INVOICE

Hudson Reporting & Video, Inc.
124 West 30th Street
Suite 210
New York, NY 10001
Phone: 212-273-9911  Fax:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15813 | 12/31/2014 | 9833 |
| **Job Date** | **Case No.** | |
| 12/19/2014 | | |

| Case Name |
|---|
| KINNEY VS. ARTIST & BRAND. |

| Payment Terms |
|---|
| Due upon receipt |

MICHAEL CHONG, ESQ.
LAW OFFICE OF MICHAEL CHONG
2 EXECUTIVE DRIVE
SUITE 720
Fort Lee, NJ 07024

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | Qty | | Amount |
|---|---|---|---|
| DANIEL KINNEY | 67.00 | Pages | 331.65 |
| CONDENSED - COMPLIMENTARY | | | 0.00 |
| ELECTRONIC ASCII - COMPLIMENTARY | | | 0.00 |
| E-TRANSCRIPT - COMPLIMENTARY | | | 0.00 |
| TRANSCRIPTS ON CD | | | 35.00 |
| COPY OF EXHIBITS | 73.00 | Pages | 21.17 |
| ATTENDANCE | 2.00 | | 90.00 |
| DELIVERY | | | 19.00 |
| | | **TOTAL DUE >>>** | **$496.82** |

OUR COMMITMENT TO EXCELLENCE IS DRIVEN BY SUPPORTING YOUR NEEDS.
THANK YOU FOR LETTING US SERVE YOU!

***PAYMENT DUE UPON RECEIPT***

WE ACCEPT AMEX/VISA & MASTERCARD.

**Tax ID:** 13-4025036

Phone: 201-708-6675  Fax: 201-708-6676

*Please detach bottom portion and return with payment.*

MICHAEL CHONG, ESQ.
LAW OFFICE OF MICHAEL CHONG
2 EXECUTIVE DRIVE
SUITE 720
Fort Lee, NJ 07024

Invoice No.    : 15813
Invoice Date   : 12/31/2014
**Total Due**      : **$496.82**

Remit To: **Hudson Reporting & Video, Inc.**
**90 Woodbridge Center Drive**
**Suite 240**
**Woodbridge, NJ 07095**

Job No.      : 9833
BU ID        : NY Hudson
Case No.     :
Case Name    : KINNEY VS. ARTIST & BRAND