UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DANIEL R. KINNEY,

               Plaintiff,

        -against-                                   13-cv-8864 (LAK)

ARTIST & BRAND AGENCY LLC, et al.,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 22 2016

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        Plaintiff and defendants each have moved for partial summary judgment in this wage and hour case.  Magistrate Judge Deborah Freeman, in an extensive and thorough report and recommendation, recommended denial of both motions.  Defendants have objected to the report and recommendation.

        I have considered all of the material before me.  I agree entirely with Judge Freeman's recommendation and the reasons for it.  Defendants' objections are unpersuasive.

        Accordingly, plaintiff's and defendants' motions for partial summary judgment [DI 47, DI 50] both are denied in all respects.

        The parties shall file a joint pretrial order in the form prescribed by my individual practices no later than May 23, 2016.  The Court will hold a final pretrial conference on June 21, 2016 at 4:30 p.m.

        SO ORDERED.

Dated:      April 22, 2016

                                         Lewis A. Kaplan
                               United States District Judge